IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOUGLAS SEVILLE | : | CIVIL ACTION |
| v. | : | |
| DAVID DIGUGLIELMO, et al. | : | NO. 09-334 |

## ORDER

BERLE M. SCHILLER, J.,

AND NOW, this 21st day of July, 2009, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Jacob P. Hart, and any objections thereto, IT IS ORDERED that:

    1. The Report and Recommendation is APPROVED and ADOPTED.

    2. The petition for a writ of habeas corpus is DISMISSED AS SUCCESSIVE.

    3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

_____
BERLE M. SCHILLER, J.